**Electronically Filed
Supreme Court
SCWC-23-0000394
12-JAN-2026
10:39 AM
Dkt. 8 ODAC**

SCWC-23-0000394

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CLAUDE LEE KEONE KRAUSE,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000394; CASE NO. 3CPN-22-0000006)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Morikawa, assigned by reason of vacancy)

The Application for Writ of Certiorari filed by

Petitioner/Petitioner-Appellant Claude Lee Keone Krause on

December 5, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 12, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Trish K. Morikawa

